No. 86–28.  NORFOLK DREDGING CO. v. SECRETARY OF LABOR.  C. A. 11th Cir.  Certiorari denied.

No. 86–38.  NEAL v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 86–41.  LACHANCE ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–42.  G. D. SEARLE & CO. v. COHN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–47.  UNIGLASS INDUSTRIES, A DIVISION OF UNITED MERCHANTS & MANUFACTURERS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 86–50.  JANKLOW v. NEWSWEEK, INC.  C. A. 8th Cir.  Certiorari denied.

No. 86–74.  GULF OIL CORP. v. DANOS & CUROLE MARINE CONTRACTORS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 86–91.  JERSAWITZ v. NOONAN, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–93.  MENOKEN v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 86–102.  SINGER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 86–105.  FOSTER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 86–148.  BENZVI ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 86–166.  SYLVIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–167.  AMERICAN CAST IRON PIPE CO. v. COX ET AL.  C. A. 11th Cir.  Certiorari denied.